UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.　　　　　　　　　　　　　　　CASE NO.  8:20-cr-184-TPB-JSS

JOSE FERNANDEZ CASTRO

**MOTION BY THE UNITED STATES FOR
DOWNWARD DEPARTURE OF DEFENDANT'S SENTENCE
BASED UPON SUBSTANTIAL ASSISTANCE**

Pursuant to the provisions of Section 5K1.1 of the United States Sentencing Guidelines, Title 18, United States Code, Section 3553(e), and Rule 35 of the Federal Rules of Criminal Procedure, the United States moves this Court to grant a three-level reduction in the defendant's offense level, and in support thereof states as follows:

**MEMORANDUM OF LAW**

The Court, on motion of the government, may reduce a defendant's sentence to reflect a defendant's substantial assistance. USSG §5K1.1. Here, the defendant was among the first of his co-defendants to provide truthful and timely information to the United States. The United States believes that, because of his efforts on behalf of the United States, the defendant should receive a three-level reduction in his offense level for his assistance.

## **CONCLUSION**

For the foregoing reasons, this Court should grant the government's motion for downward departure of defendant's sentence.

Respectfully submitted,

MARIA CHAPA LOPEZ
United Stats Attorney

By:     */s/ Diego F Novaes*
            Diego F. Novaes
            Assistant United States Attorney
            Florida Bar No. 107376
            400 N. Tampa Street, Suite 3200
            Tampa, Florida 33602-4798
            Telephone:   (813) 274-6000
            Facsimile:   (813) 274-6358
            E-mail: Diego.Novaes@usdoj.gov

U.S. v. Jose Fernandez Castro     Case No. 8:20-cr-184-TPB-JSS

## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2021, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

*/s/ Diego F Novaes*
Diego F. Novaes
Assistant United States Attorney Florida Bar
No. 107376
400 N. Tampa Street, Suite 3200
Tampa, Florida 33602-4798
Telephone:   (813) 274-6000
Facsimile:    (813) 274-6358
E-mail: Diego.Novaes@usdoj.gov